Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRADY COOKSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTERSTATE BANK CORPORATION, ERNEST S. PINNER, CHARLES W. MCPHERSON, JAMES H. BINGHAM, MICHAEL J. BROWN SR., CHARLES DENNIS CARLTON, MICHAEL F. CIFERRI, JOHN C. CORBETT, JODY JEAN DREYER, GRIFFIN A. GREENE, JOHN H. HOLCOMB III, RICHARD MURRAY IV, GEORGE TIERSO NUNEZ, THOMAS E. OAKLEY, G. RUFFNER PAGE JR., WILLIAM KNOX POU JR., DANIEL R. RICHEY, DAVID G. SALYERS, JOSHUA A. SNIVELY SR., and MARK W. THOMPSON,<br><br>    Defendants. | Case No: 1:20-cv-01709-FB-VMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Grady Cooksey ("Plaintiff"), as trustee for the Grady M. Cooksey Jr. Family Trust, hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

1

Dated: June 29, 2020

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Sadeh, hereby certify that on June 29, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 29, 2020                          /s/ Daniel Sadeh
                                                        Daniel Sadeh